# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-2361

_____

Corey Bass,                                                     *
                                                               *
    Appellant,                                            *
                                                               *
v.                                                             *  Appeal from the United States
                                                               *  District Court for the
Larry Norris, Director, Arkansas                               *  Eastern District of Arkansas.
Department of Correction,                                      *
                                                               *       [UNPUBLISHED]
    Appellee.                                             *

_____

Submitted: May 30, 2001
Filed: June 4, 2001

_____

Before HANSEN, MORRIS SHEPPARD ARNOLD, and BYE, Circuit Judges.

_____

PER CURIAM.

Corey Bass appeals the district court's[1] dismissal of his 28 U.S.C. § 2254 petition. Having carefully reviewed the record and the parties' submissions on appeal, we affirm for the reasons stated by the district court. See 8th Cir. R. 47B.

_____

[1]The Honorable Stephen M. Reasoner, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable H. David Young, United States Magistrate Judge for the Eastern District of Arkansas.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.